UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

UNITED STATES OF AMERICA

Vs

16 CR 626 (KMK)

George Santiago, Jr.,

ORDER

-----------------------------------------------------------

    Defendant, **George Santiago, Jr.**, is hereby remanded to the custody of the United States Marshal, for the reasons stated on the record on November 20, 2017.

So Ordered: _____      11/20/17
                  U.S. District Judge                  Date