UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

UNITED STATES OF AMERICA

Vs                                                    16 CR 626 (KMK)

Kathy Scott,                                          ORDER

---------------------------------------------------------------

Defendant, **Kathy Scott,** is hereby remanded to the custody of the United States Marshal, for the reasons stated on the record on November 20, 2017.

So Ordered: _____   11/20/17
U.S. District Judge                   Date